[Cite as *Wolf Creek Eng. & Contr., Inc. v. Ohio Dept. of Transp.*, 2011-Ohio-1850.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

WOLF CREEK ENGINEERING AND CONTRACTING, INC.

    Plaintiff

    v.

OHIO DEPARTMENT OF TRANSPORTATION

    Defendant
    Case No. 2008-07934

Judge Joseph T. Clark
Magistrate Lee Hogan

JUDGMENT ENTRY

{¶ 1} On February 11, 2011, the magistrate issued a decision recommending judgment for defendant.

{¶ 2} Civ.R. 53(D)(3)(b)(I) states, in part: "A party may file written objections to a magistrate's decision within fourteen days of the filing of the decision, whether or not the court has adopted the decision during that fourteen-day period as permitted by Civ.R. 53(D)(4)(e)(I)." No objections were filed.

{¶ 3} The court determines that there is no error of law or other defect evident on the face of the magistrate's decision. Therefore, the court adopts the magistrate's decision and recommendation as its own, including findings of fact and conclusions of law contained therein. Judgment is rendered in favor of defendant. Court costs are assessed against plaintiff. The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

_____

Case No. 2008-07934              - 2 -                         JUDGMENT ENTRY

JOSEPH T. CLARK
Judge

cc:

Joseph B. Jerome                            Kristin S. Boggs
55 Public Square, Suite 2020          William C. Becker
Cleveland, Ohio 44113-1901           Assistant Attorneys General
                                        150 East Gay Street, 18th Floor
                                        Columbus, Ohio 43215-3130

HTS/cmd
Filed March 23, 2011
To S.C. reporter April 12, 2011